

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

It is so **ORDERED** on November 19, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court